**United States District Court**
For the Northern District of California

1
2
3                  UNITED STATES DISTRICT COURT
4                  NORTHERN DISTRICT OF CALIFORNIA
5
6   TYRONE JAMAL TINNEY,
7                    Petitioner,              No. C 09-1570 PJH (PR)
8        v.                                   **ORDER OF TRANSFER**
9   BEN CURRY, Warden,
10                   Respondent.
                                          /
11
12        This is a habeas case filed pro se by a state prisoner.  Petitioner seeks to challenge a
13  conviction obtained in the Superior Court in and for San Joaquin County.  San Joaquin
14  County is in the venue of the United States District Court for the Eastern District of
15  California.  Petitioner is incarcerated at the Correctional Training Facility, which is in this
16  district.
17        Venue for a habeas action is proper in either the district of confinement or the district
18  of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are
19  preferably heard in the district of conviction.  Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F.
20  Supp. 265, 266 (N.D. Cal. 1968).
21        Because petitioner was convicted in San Joaquin County, this case is
22  **TRANSFERRED** to the United States District Court for the Eastern District of California.
23  *See* 28 U.S.C. § 1406(a);  Habeas L.R. 2254-3(b).
24        **IT IS SO ORDERED.**
25  Dated:  April 20, 2009.          _____
26                                          PHYLLIS J. HAMILTON
                                          United States District Judge
27
28  G:\PRO-SE\PJH\HC.09\TINNEY1570.TRN.wpd